IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM HASSAN MILHOUSE | : | CIVIL ACTION |
| v. | : | |
| TROY LEVI, et al. | : | NO. 09-cv-5363-JF |

ORDER

AND NOW, this 23rd day of November 2010, upon consideration of the pending motions, and the responses thereto, IT IS ORDERED:

1. That Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment (Docket No. 19) is GRANTED. Summary judgment is GRANTED IN FAVOR OF Defendants TROY LEVI and JAMES GIBBS (misspelled "Gribbs" on the docket), and AGAINST Plaintiff KAREEM HASSAN MILHOUSE as to Plaintiff's unexhausted claims, as detailed in the accompanying memorandum.

2. That Plaintiff's exhausted claim, as detailed in the accompanying memorandum, is DISMISSED WITH PREJUDICE.

3. That Plaintiff's Motion to Compel Discovery (Docket No. 11) is DISMISSED AS MOOT.

4. That the Clerk is directed to mark the case-file CLOSED.

BY THE COURT:

   /s/ John P. Fullam
John P. Fullam, Sr. J.